**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) No. 05-7244M |
| vs. | ) |
| Salvador Perez-Perez, | ) **ORDER** |
| Defendant. | ) |

Upon motion of the defendant, the government not objecting, and good cause appearing therefor:

IT IS HEREBY ORDERED granting defendant's Motion to Continue Change of Plea pursuant to 18 U.S.C. §3161(h).

IT IS ORDERED that the change of plea in this case set for October 19, 2005 is continued to October 26, 2005, at 9:30 a.m.

IT IS FURTHER ORDERED that excludable delay under 18 U.S.C. §3161(h) will not occur as a result of this motion.

DATED this 17th day of October, 2005.

David K. Duncan
United States Magistrate Judge